JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN BOSTIC, | Case No. 5:23-cv-00333-JWH-JC |
| Plaintiff, | JUDGMENT |
| v. | |
| LARRY D. SMITH FACILITY, | |
| Defendants. | |

In accordance with the Memorandum Opinion and Order Dismissing Action, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that this action is **DISMISSED**.

**IT IS SO ORDERED.**

DATED: April 12, 2023

HONORABLE JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE